No. 4922.—SUCN. DE SATURNINA JUARBE, aplte., *v.* AMADOR PÉREZ, apldo., y ABRIL ET AL., apldas.—C. D. Aguadilla. ▮▮▮ ▮▮▮▮▮▮▮ Marzo 27, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

A la moción del apelado José Amador Pérez solicitando la desestimación del recurso, examinada la oposición de la apelante y los documentos acompañados a la una y la otra y oídos los abogados de ambas partes, apareciendo que si bien la apelación se ha dilatado de modo extraordinario ello se debe no sólo a la parte apelante si que también a la parte apelada, y apareciendo además que se trata de una transcrip-

ción voluminosa en la que se introdujeron enmiendas, habiéndose celebrado la última vista en relación con las mismas después de archivada la moción de desestimación, no resultando clara la negligencia de la apelante, sin que se pueda apreciar por falta de base suficiente si la apelación es o no frívola, se declara sin lugar la moción del apelado.